# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 516 |
| | : | |
| APPOINTMENTS TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of November, 2019, the Honorable Marc F. Lovecchio, Lycoming County, and Riley H. Ross, III, Esquire, Philadelphia, are hereby appointed as members of the Criminal Procedural Rules Committee for a term of five years, commencing January 1, 2020.